IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GLENDA MORRISSETTE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. **2:25-cv-00304-RDP** |
| | ) |
| **UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATIONS, P.C.,** | ) |
| | ) |
| **Defendant.** | ) |

## REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS BY DEFENDANT UNIVERSITY OF ALABAMA HEALTH SERVICES FOUNDATIONS, P.C.

Pursuant to Exhibit B of the Court's Initial Order (Doc. 5, ¶ A), Defendant University of Alabama Health Services Foundations, P.C. ("UAHSF"), submits this Reply in Support of its Motion for Partial Judgment on the Pleadings and respectfully seeks dismissal of Counts I, II, and III of Plaintiff Glenda Morrissette's ("Morrissette") Complaint with prejudice.

UAHSF submitted its Motion for Partial Judgment on the Pleadings and supporting brief on October 14, 2025. Morrissette's opposition was due 10 calendar days thereafter, or by October 24, 2025. (Doc. 5, ¶ A.2.).

Morrissette did not submit any response in opposition to the Motion for Partial Judgment on the Pleadings. UAHSF's motion is unopposed because Morrissette

failed to timely respond to it. For the reasons stated in UAHSF's motion and because Morrissette failed to oppose it – or otherwise advance any argument as to why it should not be granted – UAHSF respectfully requests that the Court grant is Motion for Partial Judgment on the Pleadings and dismiss Counts I, II, and III of Morrissette's Complaint with prejudice.

Respectfully submitted,

/s/ *Kimberly S. Davis*
James C. Pennington (ASB-1287-n62j)
Kimberly S. Davis (ASB-6976-x52t)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
420 20th Street North, Ste. 1900
Birmingham, AL 35203
205-714-4422
Telephone: 205-328-1900
Facsimile: 205-328-6000
james.pennington@ogletree.com
kimberly.davis@ogletree.com

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I served the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

David R Mellon
University of Alabama System
UAB Office of Counsel
1720 2nd Avenue South, Suite AB 820
Birmingham, AL 35294-0108
drmellon@uasystem.edu

Additionally, I certify that on this 29th day of October 2025, I emailed a copy of the foregoing to the following:

GLENDA MORRISSETTE
252 Union Station Dr.
Calera, AL 35040
morrissettegm@gmail.com


                                            /s/ *Kimberly S. Davis*
                                            Of Counsel